```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

THANE T. NEWTON                                          PLAINTIFF

V.                    CASE NO. 11CV6064

SEX OFFENDER ASSESSMENT
COMMITTEE and SEX OFFENDER
SCREENING AND RISK ASSESSMENT                           DEFENDANTS

<u>ORDER</u>

On this 17th day of October, 2011, there comes on for consideration the report and recommendation filed in this case on September 20, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 6). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, venue is improper in this district, and the U.S. District Clerk is directed to transfer this case to the Eastern District of Arkansas. 28 U.S.C. § 1406(a).

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```